## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

Broussard, et al        *        Civil Action No. 06-1159

versus        *        Judge Tucker L. Melançon

Fred Robb, et al        *        Magistrate Judge Methvin

### JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed.   After an independent review of the record, the Court concludes that the findings and recommendation of the magistrate judge are correct under the applicable law and therefore adopts the conclusions set forth therein. It is therefore,

**ORDERED** that the instant action, including all claims of plaintiffs Lola Broussard, Shameka Perro and Nadea Comeaux, is DISMISSED WITH PREJUDICE

Thus done and signed this 17th day of May, 2007, at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE